# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Nestor HERNANDEZ-MORALES<br>DOB: XX/XX/1997; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>23-00105MJ |

**Complaint for violation of: Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2).**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 1, 2023, at or near Casa Grande, in the District of Arizona, Nestor HERNANDEZ MORALES knowingly possessed firearms; as defined in Title 18 U.S.C. § 921(a)(3), having been previously convicted of a felony, in violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 18, 2018, Nestor HERNANDEZ-MORALES was convicted in Pima County Superior Court, Case Number CR20180610-002, of Transportation of a Narcotic Drug for Sale, a crime punishable by imprisonment for a term exceeding one year.

In December of 2022, HERNANDEZ-MORALES met with an AZ DPS UC and planned to purchase fifteen AK47s, a semi-automatic belt fed in the .556 caliber and a .50 caliber weapon system. Ongoing communications between the AZ DPS UC and HERNANDEZ-MORALES led to an arrangement scheduled to transpire on February 1, 2023, for the sale of one Barrett .50 caliber rifle and one FN M249, .556 caliber, belt fed rifle.

On February 1, 2023, HERNANDEZ-MORALES met an AZ DPS UC in Casa Grande, Arizona to purchase firearms. HERNANDEZ-MORALES took custody of one (1) Barrett .50 caliber rifle and one (1) FN M249, .556 caliber, belt fed rifle, in exchange for $26,000 US currency. HERNANDEZ-MORALES was soon thereafter arrested and found to be in possession of a Beretta, Model 92FS, 9mm handgun, bearing serial number L55925Z.

An ATF Interstate Nexus Expert examined all three firearms and determined they were not produced in Arizona and subsequently affected interstate commerce.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUSA<br>David Petermann   DAVID PETERMANN  *Digitally signed by DAVID PETERMANN Date: 2023.02.02 09:04:46 -07'00'* | **SIGNATURE OF COMPLAINANT**<br>**(official title)** JOSEPH J MILLIK *Digitally signed by JOSEPH J MILLIK Date: 2023.02.02 09:23:40 -07'00'*<br>**OFFICIAL TITLE**<br>HSI Agent Joseph Millik |
| Sworn to before me and subscribed in my presence.<br>**SIGNATURE OF MAGISTRATE JUDGE** *[signature]* | **DATE**<br>02/02/2023 |