**JACKSON WHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona  85201
(480) 464-1111;  Fax (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Defendant
By:	Jeremy S. Geigle, No. 021786
	John K. Dosdall, No. 025446
	Adam M. Ashby, No. 033956

# UNITED STATES DISTRICT COURT

## FOR THE UNITED STATES DISTRICT COURT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　　　　**Plaintiff,**<br><br>**v.**<br><br>Nestor Hernandez-Morales**,**<br>　　　　　　　　　　**Defendant.** | **No. CR** 23-00285 TUC-SHR<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Rule 6.3 of the Arizona Rules of Criminal Procedure, I, Adam M. Ashby of the firm of Jackson White, P.C. move to withdraw as counsel for Nestor Hernandez-Morales, Defendant in the above numbered cause. Defense Counsel has a conflict of interest and can no longer represent the Defendant. The Defendant is in custody and is aware of his future dates and our request for withdrawal along with his family. The Defendant would not be harmed by the withdrawal nor would the orderly processing of the cases be interrupted. Further, there are no upcoming substantive hearings that would be delayed by the withdrawal. The Defendant will likely hire new counsel, but requests that a Public Defender be appointed in the meanwhile. Defense Counsel has contacted the assigned U.S. District Attorney, David Peterman, and is aware of our request to withdrawal.

RESPECTFULLY SUBMITTED this 20th day of March 2023.

                                        JACKSON WHITE

                                       /S/  Adam M  Ashby
                                       Adam M. Ashby        Bar no. 033956

## CERTIFICATE OF SERVICE

I hereby certify that on: March 20, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants:

>David P Petermann – david.petermann@usdoj.gov
>U.S. Attorney's Office
>405 W congress Street, Suite 4800
>Tucson, AZ 85701-4050
>(520) 620-7300
>Attorneys for Plaintiff

                                       /S/ Jess Manjarrez