# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Nestor Hernandez-Morales,<br>　　　　Defendant. | CR-23-00285-TUC-SHR (EJM)<br><br>**ORDER** |

The Court having considered the Motion to Withdraw as Counsel of Record, filed in the above case, and good cause appearing, therefore,

**IT IS ORDERED** the Motion to Withdraw as Counsel of Record (Doc. 15) is GRANTED.

**IT IS FURTHER ORDERED** that Rosemarie Valdez, from the Criminal Justice Act Panel, is appointed as counsel of record for defendant Nestor Hernandez-Morales, in the above case, in place of retained Attorney Adam M. Ashby, Jackson White, PC.

Dated this 21st day of March, 2023.

Eric J. Markovich
United States Magistrate Judge